**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JOSE E. HERNANDEZ, | No. 12-17669 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-00369-MMD-CWH |
| v. |  |
| INDYMAC BANK; et al., | MEMORANDUM[*] |
| Defendants - Appellees. |  |

Appeal from the United States District Court
for the District of Nevada
Miranda Du, District Judge, Presiding

Submitted July 8, 2013[**]

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

Plaintiff Jose Hernandez appeals pro se the district court's denial of his request for preliminary injunctive relief against defendants. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council*, 555 U.S. 7, 24 (2008) (listing factors for district court to consider)*; Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**